District of ARIZONA
TUCSON DIVISION

FILED _____ LODGED
RECEIVED _____ COPY
2          JAN 24 2011          2
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Julian Assange a/k/a
Jonathan Lee Riches,
Plaintiff

v.

CASE NO,

CV11-59    TUC DCB

Jared Lee Loughner a/k/a
Jared Loughner a/k/a
Mumtaz Qadri,
Defendant

Preliminary Injunction, Temporary Restraining order
TRO
28 USC 1331

I face imminent danger and Bodily harm from the Defendant Jared Lee Loughner. I was personally effected and traumatized By the Defendants actions which are inexcusable and my thoughts and Prayers go out to the victims including U.S. Rep Gabrielle Giffords, chief Judge John Roll, christina-Taylor Green and the Entire Tucson community. Now I'm in Fear of the Defendant in which he is in federal custody and I want a restraining order Against him preventing the Bureau of Prisons from transfering the Defendant to the federal medical center in lexington Kentucky where the Defendant will recieve a mental health Evaluation on his Criminal Case, and I'm in fear that if the Defendant transfers to FMC lexington he will be placed in Solitary confinement where I'm currently being illegally detained and possibly being my cell mate in which he could use his bare hands or a prison Shank to kill me for being a moderate democrat and for me Jonathan Lee Riches being in the Guiness book of world rewrds for suing the most people in the history of mankind and for me being a extreme High profile inmate. I'm illegally serving

over a decade in federal prison for being a ringleader in a international identity theft conspiracy along with computer hacking, Phishing, spamming with wire fraud via cyberwarfare with Botnets and Trojan horses stealing the personal information of millions of internet service providers customers. See U.S. v. Riches, CASE # 4-03-90 S.D. of Texas, I'm a federal whistleblower on Government corruption and Physical, Sexual, and mental abuse within the federal prison system in which to silence me I'm been in solitary confinement for over a Year, and the government plans to indict me on new federal charges of forgery or fraud for filing lawsuits exposing corruption to keep me in prison past March 23, 2012 which is my release date. Now the Government also filed a civil preliminary injunction against me, preventing me from filing anymore lawsuits and giving the Bureau of prisons Authorization to open up my sealed legal mail and return it to me without being sent through the mail. See U.S. v. Riches case # 5:10-CV-00322 KSF, which is violating my constitutional rights to the courts, I'm in solitary, and continue to get Physically, mentally and sexually abused By DR Kristen Hungness, DR. Amanda Leigh Hughes, warden Deborah Hickey, SIA Mary Anderson, officer Howe, etc. Al. I had to smuggle this lawsuit out of the prison, otherwise FMC lexington would of threw it away even though I put a stamp on it, which is mail fraud on their part. In order to get this lawsuit out, I arranged with a Army of Ants which are scattered on my floor. I put bread crumbs on the top of this envelope and at least 10,000 Ants carried this lawsuit on the backs and marched it outside under the Emergency exit, from this point I arranged with a few pigeons I've been communicating with via sign language to pick up the lawsuits from the Ants and fly it personally to the Courthouse Doorsteps in Tucson Arizona since the pigeons have to fly south for the winter Anyway, I figure since the pigeons hit the jet stream it will expedite the delivery process, and this lawsuit will hit the courts by the end of January 2011 a few weeks after the mass shooting that Defendant Jared Lee Loughner committed. Jared Loughner was also personally influenced weeks before by Mumtaz Qadri in Pakistan, The Safeway Grocery store is suppose to be safe, all Safeways need to get lifelock. Defendant Loughner took a taxi to Safeway Driven By Robert Divero who escaped from Cape fear, and the taxi had 4 sets of Firestones Bought at El campo tires where Gabrielle Giffords once worked. El campo tires also Provided tires to Jim Leyritz, Gov of South Dakota,

Lisa "Lefteye" Lopez, Dale Earnhardt SR, Andrew Gallo, Richie Vallens, and Brayton Edwards. The 9mm Glock Nine Defendant Loughner had was given to him by cho at virginia tech who he got from the Columbine Kids where they got the WMD's from Suddam HusseiN, Defendant Jared is also friends with Jared from subway, a 6inch submarine. When I heard of the Tucson Tragedy, I made a flag out of Prison toilet paper and flew it at $\frac{1}{2}$ stance, then on 1-10-11, I had a 11am Eastern moment of silence for the victims but I was interrupted by other Afro-American inmates in solitary cells banging and Hollaring because we didn't get served fried chicken for lunch yet, I believe "Congress at Your corner" was set up By U.S. Rep Gabrielle Giffords to expose and repeal tough Federal sentencing guidelines and Giffords was planning to expose my illegal incarceration and the violation of my 8th amendment rights for cruel and unusual punishment at 10:20am, but Loughner prevented her from speaking about my case to make the world aware of me, I nominate Roger Salzgeber, Bill Badger, and Joseph Zamudio for a Congressional medal of honor and to try out for tackles for the Arizona Cardinals, Patricia Maisch is also a hero, and I personally propose to her. Gabrielle Giffords husband Mark Kelly is a NASA Astronaught and I believe if Barack obama releases more federal funding to the space program, Mark Kelly could fly into space on Feb. 8, 2011 exactly 1 light month away from Earth with a super sensitive telescope from the Sharper Image with a Laser Beam and zoom in on Tucson at 9:59 am and he could Beam the light into Loughners eyes to blind him, so this tragedy would be prevented. Now federal tax payers will suffer because their pocket change will have to pay for all members of congress security and all the FBI Agents that are in Tucson will build a permanent command center for extra manpower to stop illegal immigration over the border. This tragedy flooded the am networks with Breaking News and Regular schedule programming on Sean Hannity, Mark Levin, coast to coast with George Nore was interrupted and the Am radio is the only outside news source I have in solitary. The Defendants Actions also made me CRY. I seek a restraining order Against Him.

submitted

*Jonathan Lee Riches* 1/11/11

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

USA FIRST-CLASS FOREVER

LEXINGTON KY 400

Jonathan Riches
Federal medical center
#40948-018
P.O. Box 14500
Lexington KY 40512

United States District Court
District of Arizona
Clerk of Court
Evo A. Deconcini u.s. courthouse
405 w. Congress St.
Tucson, Arizona 85701